AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1708 – Possession of Stolen Mail;
18 U.S.C. § 1028(a)(3) - Identification Document Fraud;
18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: Max. 5yrs. imprisonment; $250,000 fine; 3 yrs. supervised release; $100 special assessment; Count Two: Max. 5 yrs. imprisonment; $250,000 fine; 3 yrs. supervised release; $100 special assessment; Count Three : 2 yrs. consecutive imprisonment; $250,000 fine; 3 yrs. supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR -9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CA
OAKLAND

**DEFENDANT - U.S**

➤ JOSEPH HUMBERTO HERRERA

DISTRICT COURT NUMBER

**CR08-0235 SBA**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

U.S. POSTAL INSPECTOR

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY    ☐ DEFENSE                } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant                                   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DANIEL KALEBA, AUSA

**DEFENDANT**

IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ➤ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction                   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed _____

DATE OF ARREST ➤ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ➤ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
  ☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
  ☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-0235** SBA

JOSEPH HUMBERTO HERRERA,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1708 – Possession of Stolen Mail;
18 U.S.C. § 1028(a)(3) - Identification Document Fraud;
18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

FILED
2008 APR -9 PM 4:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*a*

A true bill.

_____ Foreman

Filed in open court this ___9___ day of
APRIL 2008.

_____
Clerk

Bail, $ _No bail/arrest warrant._

Wayne D. Brazil   4-9-08

E-filing

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |

FILED

2008 APR -9 PM 4: 39

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,  )   No. CR08-0235 SBA
                            )
    Plaintiff,              )   VIOLATIONS: 18 U.S.C. § 1708 –
                            )   Possession of Stolen Mail; 18 U.S.C. §
    v.                      )   1028(a)(3) – Identification Document Fraud;
                            )   18 U.S.C. § 1028A(a)(1) – Aggravated
JOSEPH HUMBERTO HERRERA,    )   Identity Theft
                            )
                            )
    Defendant.              )   OAKLAND VENUE
                            )
_____)

INDICTMENT

The Grand Jury charges:

**COUNT ONE**: (18 U.S.C. § 1708 – Possession of Stolen Mail)

On or about February 22, 2008, in the Northern District of California, the defendant,

JOSEPH HUMBERTO HERRERA,

did knowingly possess any letter, postal card, package, bag, and mail, and articles and things contained therein, knowing that such matter had been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Section 1708.

INDICTMENT
*United States v. Herrera*                    1

| | |
|---|---|
| 1 | **COUNT TWO**: (18 U.S.C. §§ 1028(a)(3) – Identification Document Fraud) |
| 2 | On or about February 22, 2008, in the Northern District of California, the defendant, |
| 3 | JOSEPH HUMBERTO HERRERA, |
| 4 | did knowingly possess, with intent to use unlawfully, and to transfer unlawfully, at least five |
| 5 | identification documents (other than those issued lawfully for the possessor), authentication |
| 6 | features, and false identification documents, in and affecting interstate and foreign commerce, in |
| 7 | violation of Title 18, United States Code, Section 1028(a)(3). |
| 8 | **COUNT THREE**: (18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft) |
| 9 | On or about February 22, 2008, in the Northern District of California, the defendant, |
| 10 | JOSEPH HUMBERTO HERRERA, |
| 11 | did knowingly possess and use, without lawful authority, means of identification of other |
| 12 | persons, specifically, "profiles" of approximately seventy (70) victims, including those victims' |
| 13 | drivers' license numbers, dates of birth, names, and address, during and in relation to a felony |
| 14 | violation of 18 U.S.C. § 1028(a)(3) as alleged in Count Two, incorporated by reference, in |
| 15 | violation of Title 18, United States Code, Section 1028A(a)(1). |

DATED: 4-9-08

A TRUE BILL

*[signature]*

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
DOUGLAS SPRAGUE
Chief, Oakland Division

(Approved as to form: *[signature]*   )
AUSA Daniel Kaleba

INDICTMENT
*United States v. Herrera*                              2