JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   E-mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> JOSEPH HERRERA, <br>     Defendant. | NO. CR 08-0235 SBA <br><br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:    The Honorable Joseph D. Spero, United States Magistrate
         Judge of the United States District Court of Northern
         California:

The petition of Daniel Kaleba, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, ERNST WILHELM KOHSE, whose place of custody and jailor are set forth in the Writ, attached hereto, and

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

1 your petitioner avers that the prisoner is required in the above-entitled matter in this
2 Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4 DATED: May 2, 2008                    Respectfully submitted,
5                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
6
7                                         _____/s/_____
                                         DANIEL KALEBA
8                                        Assistant United States Attorney
9
10
11 SO ORDERED:
12 DATED: May ____, 2008                 _____
                                         HONORABLE JOSEPH C. SPERO
13                                       United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO: FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of Santa Rita Jail, Dublin, California:

**GREETINGS**

WE COMMAND that you have and produce the body of **ERNST WILHELM KOHSE,** date of birth 03/27/1977, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States District Judge, D. Lowell Jensen, on **May 13, 2008, at 9:00 a.m.**, for initial appearance in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable Joseph C. Spero, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: May _____, 2008        CLERK, UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA

                              By:_____
                                       DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0111 DLJ