JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

  1301 Clay Street Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3680
  FAX: (510) 637-3724
  E-mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 08-0235 SBA |
| Plaintiff, | ) | |
| v. | ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JOSEPH HERRERA, | ) | |
| Defendant. | ) | |

TO:     The Honorable Edward M. Chen, United States Magistrate
        Judge of the United States District Court of Northern
        California:

    The petition of Daniel Kaleba, Assistant United States Attorney for the Northern

District of California, respectfully requests that this Court issue a Writ of Habeas Corpus

Ad Prosequendum for the person of prisoner, JOSEPH HERRERA, whose place of

custody and jailor are set forth in the Writ, attached hereto, and

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0235 SBA

1   your petitioner avers that the prisoner is required in the above-entitled matter in this

2   Court, and therefore petitioner prays that this Court issue the Writ as presented.

3

4   DATED: May 5, 2008             Respectfully submitted,

5                            JOSEPH P. RUSSONIELLO
                            United States Attorney

6

7                          _____/s/_____

8                          DANIEL KALEBA
                            Assistant United States Attorney

9

10

11  SO ORDERED:

12  DATED: May _____, 2008

13                        _____
                         HONORABLE EDWARD M. CHEN
                         United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0235 SBA

1

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

2  TO:   FEDERICO ROCHA, United States Marshal, Northern District of California

3       and/or any of his authorized deputies; and the Warden of Dewel Vocational
Institute in Tracy, California:

4

## GREETINGS

5        WE COMMAND that you have and produce the body of **JOSEPH HERRERA,**

6  date of birth 03/16/1956, now in custody in the herein-above-mentioned institution,

7  before the United States District Court in and for the Northern District of California, in

8  the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **May 13, 2008,**

9  **at 10:00 a.m.,** for arraignment in the above entitled Court, and that immediately after said

10  hearing to return him forthwith to said herein-above-mentioned institution, or to abide by

11  such order of the above-entitled Court as shall thereafter be made concerning the custody

12  of said prisoner, and further to produce said prisoner at all times necessary until the

13  termination of the proceedings in this Court;

14        IT IS FURTHER ORDERED that should the local or state custodian release from

15  its custody the above-named person, he be immediately delivered and remanded to the

16  United States Marshal and/or his authorized deputies under this Writ.

17        WITNESS the Honorable Edward M. Chen, Magistrate Judge of the United States

18  District Court for the Northern District of California.

19
20  DATED: May _____, 2008       CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21

22                     By:_____
                             DEPUTY CLERK

23
24
25
26
27
28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0235 SBA