1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
6     1301 Clay Street Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3680
      FAX: (510) 637-3724
      E-mail: daniel.kaleba@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED
MAY 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 08-0235 SBA |
| Plaintiff, ) | |
| v. ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JOSEPH HERRERA, ) | |
| Defendant. ) | |

TO:   The Honorable Edward M. Chen, United States Magistrate
      Judge of the United States District Court of Northern
      California:

The petition of Daniel Kaleba, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, JOSEPH HERRERA, whose place of custody and jailor are set forth in the Writ, attached hereto, and

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0235 SBA

1 | your petitioner avers that the prisoner is required in the above-entitled matter in this
2 | Court, and therefore petitioner prays that this Court issue the Writ as presented.
3 |
4 | DATED: May 5, 2008                    Respectfully submitted,
5 |                                        JOSEPH P. RUSSONIELLO
  |                                        United States Attorney
6 |
7 |                                        _____/s/_____
  |                                        DANIEL KALEBA
8 |                                        Assistant United States Attorney
9 |
10 |
11 | SO ORDERED:
12 | DATED: May  5 , 2008
13 |                                        HONORABLE EDWARD M. CHEN
  |                                        United States Magistrate Judge

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0235 SBA

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of Dewel Vocational Institute in Tracy, California:

## GREETINGS

WE COMMAND that you have and produce the body of **JOSEPH HERRERA,** date of birth 03/16/1956, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **May 13, 2008, at 10:00 a.m.**, for arraignment in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable Edward M. Chen, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: May _____, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0235 SBA