IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 08-00235 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| JOSEPH HERRERA, | |
| Defendant. | |

The Status or Trial Setting set for Tuesday, June 24, 2008, at 9:00 a.m., has been moved to Thursday, June 19, 2008, at 9:00 a.m.

Dated: 6/11/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
LISA R. CLARK
Courtroom Deputy

To: