**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 6/19/08

CR 08-00235SBA                         JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**HERRERA**                              Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

<u>DOUG SPRAGUE</u>                     <u>HARRIS TABACK</u>
U.S. ATTORNEY                           ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark             <u>STARR WILSON</u>
                                        Court Reporter

Interpreter                             Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON COURTS CONSIDERATION OF THE PLEA AGREEMENT UNTIL 10/7/08</u>

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by ____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to <u>10/7/08</u> for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to <u>10/7/08</u> for Change of Plea @ 10:00 a.m.
cc: