UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASE NUMBER | CR-08-00235 SBA |
| DEFENDANT'S NAME | Joseph Herrera |
| DEFENDANT'S COUNSEL | Harris Taback |
| DUE DATE | 10/7/08 @ 10:00 a.m. |

---------------------------------NOTICE TO DEFENSE COUNSEL-------------------------------------

The Court has directed that a:

| | |
|---|---|
| x | Pre-Plea Presentence Investigation |
| | Presentence Investigation |
| | Bail supervision |
| | Postsentence Investigation |
| | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the ***Probation Office, Room 220S, 2nd Floor*** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

by: *Lisa R. Clark*
Lisa R. Clark, Deputy Clerk
Dated: 6/19/08

U.S. Probation Office~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is Defendant in custody ?  yes or no
Is Defendant English speaking? yes or no [*Interpreter:*_____]
Defendant's address: _____